FILED: June 5, 2017

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

No. 17-1450 (L)
(2:14-cv-28603)

_____

ROSE APUZZI

      Plaintiff - Appellant

v.

AMERICAN MEDICAL SYSTEMS, INC.

      Defendant - Appellee

_____

No. 17-1699
(2:14-cv-28603)

_____

ROSE APUZZI

      Plaintiff - Appellant

v.

AMERICAN MEDICAL SYSTEMS, INC.

      Defendant – Appellee

_____

O R D E R
_____

The court consolidates Case No. 17-1450 and Case No. 17-1699. Entry of appearance forms and disclosure statements filed by counsel and parties to the lead case are deemed filed in the secondary case.

The court adopts the briefing order previously filed in 17-1450(L).

For the Court--By Direction

/s/ Patricia S. Connor, Clerk